UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



ROBERT LATROY WHITE (#241145)      CIVIL ACTION

VERSUS

NO. 08-798-C

LOUISIANA DEPARTMENT OF CORRECTIONS

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 6, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's claims brought pursuant to § 1983 will be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).  Further, to the extent the petitioner's complaint can be treated in part as an application for habeas corpus relief under § 2254, it will be dismissed, without prejudice, for failure to exhaust state remedies.

Baton Rouge, Louisiana, February 6, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA