UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

| | |
|---|---|
| ROBERT LATROY WHITE (#241145) | CIVIL ACTION |
| VERSUS | |
| LOUISIANA DEPARTMENT OF CORRECTIONS | NO. 08-798-C |

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the plaintiff's claims brought pursuant to § 1983 are dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Further, to the extent the petitioner's complaint can be treated in part as an application for habeas corpus relief under § 2254, it is dismissed, without prejudice, for failure to exhaust state remedies.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, February  6  , 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA